

# NUMBER 13-25-00140-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

### IN THE MATTER OF THE MARRIAGE OF
### MARK ANTHONY DUNCAN AND JAIME LYNN DUNCAN

---

### ON APPEAL FROM THE 105TH DISTRICT COURT
### OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on its own motion. On March 25, 2025, appellant filed a notice of appeal attempting to appeal an order entered in trial court cause number 2012-FAM-3113-D. On March 27, 2025, the Clerk of the Court notified appellant that it appears the order appellant is attempting to appeal is unappealable. Appellant was further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. On April 30, 2025, the Clerk of the Court again notified appellant that it appears the order appellant is attempting to appeal is unappealable. Appellant was

further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See Id.* Appellant has failed to respond to either notice.

Upon review of the documents before us, we are of the opinion that the order appellant attempted to appeal is unappealable, and appellant has failed to correct the defect. Absent an appealable interlocutory order or final judgment, this Court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 W.S.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001). Having considered the documents on file and appellant's failure to correct the jurisdictional defect in this matter, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

CLARISSA SILVA
Justice

Delivered and filed on the
10th day of July, 2025.